UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00423-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHRISTINA D. ORTIZ,

      Defendant.

---

## ORDER

      **THIS MATTER** comes before the Court on the Petition for Issuance of a Warrant for Violations of Probation dated April 1, 2006.

      **IT IS HEREBY ORDERED** that the Petition will be heard at the probation violation hearing currently scheduled for **May 25, 2006 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, 80294.

      **The Clerk is directed to serve a copy of this Order, the Petition dated April 1, 2006 and Exhibits A & B to the Petition, on Defendant Christina D. Ortiz.**

DATED this 4th day of April, 2006.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge