UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00423-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTINA D. ORTIZ,

        Defendant.

## ORDER

THIS MATTER is before the Court on the Government's Motion for a Sentencing Hearing **(#48).** The Court being fully advised in the foregoing,

**ORDERS** that the Government's Motion for a Sentencing Hearing **(#48) is GRANTED** and sentencing is set for **October 16, 2006 at 1:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado..

Dated this 31st day of August, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge