UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00423-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTINA D. ORTIZ,

        Defendant.

## ORDER GRANTING MOTION TO RECONSIDER

THIS MATTER comes before the Court on the Defendant's Motion to Reconsider Defendant's Motion to Withdraw as Counsel of Record **(#53)**.  Upon reconsideration of the Court's Order denying the Motion to Withdraw as Counsel of Record **(#52)**,

**IT IS ORDERED** that the motion to reconsider **(#53)** is **GRANTED**.  The Defendant's attorney, Scott T. Varholak, is allowed to withdraw as counsel in this case.  The Court directs the appointment of new counsel for the Defendant pursuant to the Criminal Justice Act.

Dated this 17th day of October, 2006

                          **BY THE COURT:**

                          */s/ Marcia S. Krieger*
                          Marcia S. Krieger
                          United States District Judge